IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARION DANTE RAMSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-610 |
| | ) | |
| T. BETHEA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's motion for summary judgment, Doc. 16, and motion entitled "Motion for Settlement Claim Closing Argument and Conclusion," Doc. 21, are **DENIED** without prejudice as premature.

This the 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE